Zion Z Kauffman
Name and Prisoner/Booking Number

Running unit
Place of Confinement

PO BOX 3100
Mailing Address

Florence, Ariz 85132
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☒ FILED   ☐ LODGED

**Sep 26 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Zion Z Kauffman,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Ryan Thornell,
(Full Name of Defendant)

(2) CO4 Savila,

(3) _____,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 3:23-CV-08030-JAT--JZB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: _____

Revised 12/1/20

1

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: __Ryan Thornell__. The first Defendant is employed as: __Director__ at __Ariz. Department of Corrections__
   (Position and Title)      (Institution)

2. Name of second Defendant: __COIV Savila__. The second Defendant is employed as: __Administration__ at __Ariz. Department of Corrections__.
   (Position and Title)      (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)      (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)      (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?     ☐ Yes     ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

D.  **CAUSE OF ACTION**

**COUNT I**

1. State the constitutional or other federal civil right that was violated: __ADA Title II__

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: __ADA Laws__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Currently A.D.C.R.R. is contracted with a third party company (Nap care) on 3/29/23 – 9/22-23 I was seen by N.P. at Alhambra, SMU1 and Rynning units at this appoinment Plantiff request a special needs order for Lower bunk, Lower tier and there blankets which Plcintiff requrtes due to the fact he has scoliosis a avllfied disability under the AMAD. Each time he climbs and/or desends the lader to secess his kunk and to get off his bunk onto the floor it causes his Server Pain, causes him to lose his blonce, and fall or almost fall off of the lader. unreasonable refuses to provide MRH with the requested special needs orders(S.M.O.) under the Americon with Disaibiltes Act. A.D.R.R. is requrested to provide prisoners who are aviffred persons with disaibiltes with reasonable accommadtron,—

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   _____
   _____

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

which M.R. is being denied A.D.C.R.R. also is resabal to all thrid Porty contructers comply with the requriments under the A.D.A. Title II. On 8/10/23 Plaintiff filed a informal Comploint reslavetion 8/30/23 responed was Provided on 8/30/23 dening his request for reasonable accommadurions. one 8/30/23 he filed a formal grievence on 8/3/23 he has been response dening his request for reasonable accommadurions on 9/1/23 he filed a grivvence Appeal and once again his request for reasonable accommadations is denied A.P.C.R.R and it's thrid Party contrector currently nap care is and count to act with reckless in and is a violation his rights gon by the American with disibilites Act, resinement of 2010

A-3

**COUNT II**

1. State the constitutional or other federal civil right that was violated: __ADA Title II__

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: __ADA Laws__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I have filed a informal on 8/10/23 due to being denied reasonable accommadations due to not being allow to have special needs order for over the ear head phones for my hearing aids under the Americon with Disabilites act ADCRR is requrested to provide Prisoners who have a viftied persons with disalbiltes with reasonable accomadation, which is a violation of his rights 70a by the American with disibilites Act. resiuement of 2010

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   PTSD, Anxiety, stress, TBI

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

**COUNT III**

1. State the constitutional or other federal civil right that was violated: ADA Title II

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: ADA Laws

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I have filed a informal on 8/10/23 due to being denied reasonable needs order for a waiver for mandatory schooling due to not being allow to have special needs order for my T.B.I. "tramatic Brain Injury" to the head, under the american with Disabilites act ADCRR is requrested to provide Prisoners who have a viffied persons with disabilites with reasonable accomadation, which is a violation of his rights son by the American with disibilites act. resuements of 2010 and as to Rx eye glasses that work under disaibilites act.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   PTSD, Anxiety, Stress, TBI

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: to get All of which I am requesting in count 1, 2 and 3 and for $600,000.00 in and for Pain/Suffering

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/25/23
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6